**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO MOJICA-APARICIO,

Defendant

Case No.: 26-CR-03298-BTM

**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**

**[ECF NO. 16]**

Upon the motion of the United States, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice. The bond is exonerated.

**SO ORDERED.**

Dated: September 28, 2026

Honorable Barry Ted Moskowitz
United States District Judge